UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  ROBERT GIBSON,　　　　　　　　　　Case No.   23-16430-MAM
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor.
_____/

KELLY LANDERS,

　　　　　Plaintiff,
vs.

ROBERT GIBSON,

　　　　　Defendant.
_____/

## AMENDED NOTICE OF REMOVAL

COMES NOW the Debtor, ROBERT GIBSON, by and through undersigned counsel, and files this Notice of Removal of state court lawsuit of Kelly Landers vs. Robert Gibson, Case Number 2022CA005010 pending in the 15th Judicial Circuit in and for Palm Beach County, FL.

1. Landers filed a claim in the 15th Judicial Circuit in and for Palm Beach County court seeking declaratory and injunctive relief and damages.
2. Gibson filed an answer and affirmative defenses and demanded a jury trial. He hereby waives his right to a jury trial.
3. The undersigned has communicated with Dwyer's counsel who agrees that this matter can proceed in this court and agrees to the waiver of the jury trial.

I HEREBY CERTIFY that a copy of the foregoing was provided either electronically to Jeffrey Siskind jeffsiskind@msn.com this 13th day of November, 2023.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

　　　　　　　　　　　　　　　　　　　　　　　　BRIAN K. MCMAHON, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　1401 Forum Way, Suite 730
　　　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　　　　　　Tel (561)478-2500
　　　　　　　　　　　　　　　　　　　　　　　　Fax (561)478-3111
　　　　　　　　　　　　　　　　　　　　　　　　s/ Brian K. McMahon
　　　　　　　　　　　　　　　　　　　　　　　　Brian K. McMahon
　　　　　　　　　　　　　　　　　　　　　　　　FL Bar No. 853704