UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   ROBERT GIBSON,                                    Case No.    23-16430-MAM
                                                                       Chapter 13
                      Debtor.
_____/

KELLY LANDERS,

                      Plaintiff,                           Adv. No. 23-01239
vs.

ROBERT GIBSON,

                      Defendant.
_____/

**<u>CERTIFICATE OF SERVICE</u>**
**and**
**<u>CERTIFICATE OF COMPLIANCE WITH</u>**
**<u>LOCAL RULE 9073-1(D)</u>**

     **I HEREBY CERTIFY** that a true and correct copy of this Notice of Hearing (CP#3)

was served this 16th day of November, 2023 as follows:

Electronically to

Jeffrey Siskind jeffsiskind@msn.com

    *I further certify that I have conferred with opposing counsel in an attempt to resolve*
*these issues without a hearing.*

Brian K. McMahon, P.A.
1401 Forum Way Suite 730
West Palm Beach, FL. 33401
Telephone:  561-478-2500
Facsimile:  561-478-3111

By:   */s/ Brian K. McMahon*
Attorney for the Debtor
FBN:  0853704
