

ORDERED in the Southern District of Florida on December 7, 2023.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: ROBERT GIBSON,      Case No. 23-16430-MAM
                                    Chapter 13
      Debtor.
_____/

KELLY LANDERS,

      Plaintiff,     Adv. No. 23-01239-MAM

vs.

ROBERT GIBSON,

      Defendant.
_____/

### ORDER GRANTING ORE TENUS MOTION FOR JOINT ADMINISTRATION

THIS MATTER came before the Court on December 5, 2023, for consideration of the Defendant's Ore Tenus Motion for Joint Administration of Adversary Proceedings 23-01239-MAM; 23-01240-MAM and 23-01241-MAM. The Court, having considered the motion and being fully advised of its premises, grants the motion. Accordingly, it is

ORDERED that:

1. The Motion for Joint Administration is granted.

2. This case will be jointly administered with Adversary Proceedings 23-01240-MAM and 23-01241-MAM.

3. Landers v. Gibson, 23-01239-MAM, shall be the lead case.  All future pleadings shall be filed in the lead case.  Pleadings shall include the captions for all three cases.

###

Submitted by:

Brian K. McMahon, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

Attorney McMahon shall serve a copy of this order on all interested parties and file a certificate of service.