UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-16430-MAM |
| Robert Allen Gibson, | Chapter 13 |
|         Debtor. | |
| _____/ | |
| Kelly Landers, | Adv. Proc. No. 23-01239-MAM |
|         Plaintiff, | |
| v. | |
| Robert Gibson, | |
|         Defendant. | |
| _____/ | |
| Joseph Karam, | Adv. Proc. No. 23-01240-MAM |
|         Plaintiff, | |
| v. | |
| Robert Gibson, | |
|         Defendant. | |
| _____/ | |
| Dick Dwyer, | Adv. Proc. No. 23-01241-MAM |
|         Plaintiff, | |
| v. | |
| Robert Gibson, | |
|         Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby notices its appearance for the named Plaintiffs in each of the above-styled adversary matters which were ordered to be jointly administered on December 7, 2023 with the lead case being Adversary Proceeding No. 23-01239.

**S I S K I N D ,   P L L C**

      /s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esq.   FBN 138746
3465 Santa Barbara Drive Wellington, Florida 33414
TELEPHONE (561) 791-9565  FACSIMILE (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appearance was furnished on the 19th day of March, 2024, via CM/ECF to all creditors who are authorized to receive electronic notices by CM/ECF including counsel for the Debtor/ Defendant, the Chapter 13 Trustee and the Office of the United States Trustee, and by U.S. Mail, postage prepaid, to all appropriate parties who are not authorized to receive notices electronically.

                */s/ Jeffrey M. Siskind*
            Jeffrey M. Siskind, Esq.   FBN 138746