UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-16430-MAM |
|      Robert Allen Gibson, | Chapter 13 |
|           Debtor. | |

_____/

| | |
|---|---|
| Kelly Landers, | Adv. Proc. No. 23-01239-MAM |
|      Plaintiff, | |
| v. | |
| Robert Gibson, | |
|      Defendant. | |

_____/

| | |
|---|---|
| Joseph Karam, | Adv. Proc. No. 23-01240-MAM |
|      Plaintiff, | |
| v . | |
| Robert Gibson, | |
|      Defendant. | |

_____/

| | |
|---|---|
| Dick Dwyer, | Adv. Proc. No. 23-01241-MAM |
|      Plaintiff, | |
| v. | |
| Robert Gibson, | |
|      Defendant. | |

_____/

## MOTION TO RESET PRETRIAL AND CORRESPONDING DEADLINES

COME NOW Movants Kelly Landers, Joseph Karam and Dick Dwyer, by and through their undersigned counsel, and file this Motion to Reset Pretrial and Corresponding Deadlines, and state:

1.     Movants are aware that Defendant's counsel recently withdrew and that Debtor was permitted time to hire replacement counsel.

2.     Movant is also aware that Defendant's Chapter 13 Case is likely to be dismissed for failure to make monthly plan payments over a period of ten (10) months.

2.     Movants believe that this adversary case will be dismissed if Debtor's Chapter 13 bankruptcy case is dismissed.

3.     Movants desired to avoid spending any additional unnecessary time and expense

by requesting that the Court reset the pretrial and corresponding deadlines to some future date in the event that Debtor's case is not dismissed.

WHEREFORE, Movants request the relief stated herein, and such other and further relief as appropriate.

**S I S K I N D ,  P L L C**

<u>            /s/ Jeffrey M. Siskind            </u>
Jeffrey M. Siskind, Esq.   FBN 138746
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

This shall certify that the foregoing paper was served electronically upon all appropriate parties registered on CM/ECF and by U.S. Mail to appropriate creditors shown on the attached Mailing Matrix upon the filing hereof this 29th day of July, 2024.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq. FBN 138746

**<u>Service List (Updated 3-30-2024)|</u>**

Palm Isles I Condominium Association, Inc.
c/o Sachs Sax Caplan, P.L.
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487-3644||

Sovereign Gaming & Entertainment, LLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

U.S. Bank National Association
c/o Diaz Anselmo & Associates, P.A
P.O. Box 19519
Fort Lauderdale, FL 33318-0519

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Dick Dwyer and Florida Investigators
c/o Siskind Legal PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Focus Financial Services
Attn: Bankruptcy
PO Box 1050
Boynton Beach, FL 33425-1050

Goldman Sachs Bank USA
Attn: Bankruptcy
Lockbox 6112
PO Box7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Joseph Karam
785 8th Court, Unit 8
Vero Beach, FL 32962-1635

Kelly Landers
c/o Jeffrey M Siskind, Esq
Siskind, PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Richard Fairchild
c/o White-Boyd Law, PA
1818 S. Australian Avenue, Suite 406
West Palm Beach, FL 33409-6447

Wells Fargo
Chalres W. Scharf, President
420 Montgomery Street
San Francisco, CA 94104-1207

William LaRoque
c/o Jeffrey Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Ethan Michael Bendavid
c/o Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Rd.|Ste 300
Pembroke Pines, FL 33028-1032||

Richard Fairchild
PO Box 5798
Lake Worth, FL 33466-5798

Robin R Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007