UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Robert Allen Gibson,

          Debtor.
_____/

Kelly Landers,

          Plaintiff,

v.

Robert Gibson,

          Defendant.
_____/

Joseph Karam,

          Plaintiff,

v.

Robert Gibson,

          Defendant.
_____/

Dick Dwyer,

          Plaintiff,

v.

Robert Gibson,

          Defendant.
_____/

Case No.: 23-16430-MAM
Chapter 13

Adv. Proc. No. 23-01239-MAM

Adv. Proc. No. 23-01240-MAM

Adv. Proc. No. 23-01241-MAM

**CERTIFICATE OF SERVICE**

      Kelly Landers, Joseph Karam and Dick Dwyer, by and through their undersigned counsel, hereby certify that on or before August 1, 2024 the Order Setting Status Conference rendered on July 31, 2024 was served electronically to all creditors and other appropriate parties registered on CM/ECF and by U.S. Mail to those which are not so registered listed on the attached service list.

**S I S K I N D ,   P L L C**

      */s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581

Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

```
Label Matrix for local noticing          Palm Isles I Condominium Association, Inc.   Sovereign Gaming & Entertainment, LLC
113C-9                                   9545 Palm Isles Drive                         3465 Santa Barbara Drive
Case 23-16430-MAM                        Boynton Beach, FL 33437-3824                  Wellington, FL 33414-7269
Southern District of Florida
West Palm Beach
Thu Aug  1 10:17:14 EDT 2024

U.S. Bank National Association           Capital One                                   Capital One N.A.
Diaz Anselmo & Associates, P.A.          Attn: Bankruptcy                              by American InfoSource as agent
P.O. Box 19519                           Po Box 30285                                  PO Box 71083
Fort Lauderdale, FL 33318-0519           Salt Lake City, UT 84130-0285                 Charlotte, NC  28272-1083


Dick Dwyer and Florida Investigators     Focus Financial Services                      Goldman Sachs Bank USA
c/o Siskind Legal PLLC                   Attn: Bankruptcy                              Attn: Bankruptcy
3465 Santa Barbara Drive                 Po Box 1050                                   Lockbox 6112, PO Box7247
Wellington, FL 33414-7269                Boynton Beach, FL 33425-1050                  Philadelphia, PA 19170-0001


(p)JPMORGAN CHASE BANK  N A              JPMorgan Chase Bank, N.A.                     Jeffrey M. Siskind
BANKRUPTCY MAIL INTAKE TEAM              s/b/m/t Chase Bank USA, N.A.                  3465 Santa Barbara Drive
700 KANSAS LANE FLOOR 01                 c/o National Bankruptcy Services, LLC         Wellington, FL 33414-7269
MONROE LA 71203-4774                     P.O. Box 9013
                                         Addison, Texas 75001-9013


Jeffrey M. Siskind, PLLC                 Joseph Karam                                  Judith Siskind
3465 Santa Barbara Dr                    785 8th Court, Unit 8                         3465 Santa Barbara Dr
Wellington, FL 33414-7269                Vero Beach, FL 32962-1635                     Wellington FL 33414-7269


Kelly Landers                            Office of the US Trustee                      Palm Isles I Condo Assn
c/0 Jeffrey M Siskind, Esq.              51 S.W. 1st Ave.                              9545 Palm Isles Drive
Siskind, PLLC                            Suite 1204                                    Boynton Beach, FL 33437-3824
3465 Santa Barbara Drive                 Miami, FL 33130-1614
Wellington, FL 33414-7269


Richard Fairchild                        US Bank                                       Wells Fargo
White-Boyd Law, PA                       Kass Shuler                                   Chalres W. Scharf, President
1818 S. Australian Avenue, Suite 406     1505 N Florida Ave                            420 Montgomery Street
West Palm Beach, FL 33409-6447           Tampa, FL 33602-2654                          San Francisco, CA 94104-1298


White-Boyd Law, PA                       William LaRoque                               William Larocque
1818 S. Australian Avenue                c/o Jeffrey Siskind                           c/o Siskind, PLLC
Suite 406                                3465 Santa Barbara Drive                      3465 Santa Barbara Drive
West Palm Beach, FL 33409-6447           Wellington, FL 33414-7269                     Wellington, FL 33414-7269


Dick Dwyer                               Ethan Michael Bendavid                        Jeffrey Marc Siskind
c/o Jeffrey M Siskind, Esq.              c/o Law Office of Mark S. Roher, P.A.         3465 Santa Barbara Drive
SISKIND, PLLC                            1806 N. Flamingo Rd.                          Wellington, FL 33414-7269
3465 Santa Barbara Drive                 Ste 300
Wellington, FL 33414-7269                Pembroke Pines, FL 33028-1032


Joseph Karam                             Kelly Landers                                 Richard Fairchild
c/o Jeffrey M. Siskind, Esq.             c/o Jeffrey Siskind, Esq.                     PO Box 5798
SISKIND PLLC                             Siskind, PLLC                                 Lake Worth, FL 33466-5798
3465 Santa Barbara Drive                 3465 Santa Barbara Drive
Wellington, FL 33414-7269                Wellington, FL 33414-7269
```

```
Robert Allen Gibson                        Robin R Weiner
2385 Executive Cir Dr.                     Robin R. Weiner, Chapter 13 Trustee
Suite 100                                  Post Office Box 559007
Boca Raton, FL 33431-8510                  Fort Lauderdale, FL 33355-9007
```

```
                   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                   by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

```
JP Morgan Chase
3415 Vision Drive
Columbus, OH 43219-6009
```

```
                   The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.
```

```
(u)West Palm Beach                         (d)Palm Isles I Condominium Association, Inc.   (d)Judith Siskind
                                           9545 Palm Isles Drive                           3465 Santa Barbara Drive
                                           Boynton Beach, FL 33437-3824                    Wellington, FL 33414-7269


(d)William Larocque                        End of Label Matrix
c/o Siskind PLLC                           Mailable recipients    31
3465 Santa Barbara Drive                   Bypassed recipients     4
Wellington, FL 33414-7269                  Total                  35
```