United States Bankruptcy Court
Southern District of Florida

Landers,
    Plaintiff

Gibson,
    Defendant

Adv. Proc. No. 23-01239-MAM

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 2
Date Rcvd: Aug 13, 2024      Form ID: pdf004      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kelly Landers, c/o Jeffrey Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| dft | + | Robert Gibson, 2385 Executive Center Dr. Suite 100, Boca Raton, FL 33431-8510 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 13 2024 22:36:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 13 2024 22:36:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 13 2024 22:36:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2024 22:36:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf004 | Total Noticed: 15 |

| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | | |
|---|---|---|---|
| | | Aug 13 2024 22:36:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | |
| | | Aug 13 2024 22:36:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Defendant Robert Gibson briankmcmahon@gmail.com  irizarryelise1@gmail.com |
| Jeffrey M Siskind | on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Plaintiff Joseph Karam jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Plaintiff Dick Dwyer jeffsiskind@msn.com  intelexigent@outlook.com |

TOTAL: 4



**ORDERED in the Southern District of Florida on August 13, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-16430-BKC-MAM |
| Robert Allen Gibson, <br>     Debtor(s).               / | Chapter 13 |
| Kelly Landers, <br>     Plaintiff(s), <br> v. | Adv. Proc. No.: 23-01239-MAM |
| Robert Allen Gibson, <br>     Defendant(s).           / | |
| Joseph Karam, <br>     Plaintiff(s), <br> v. | Adv. Proc. No.: 23-01240-MAM |
| Robert Allen Gibson, <br>     Defendant(s).           / | |
| Dick Dwyer, <br>     Plaintiff(s), <br> v. | Adv. Proc. No.: 23-01241-MAM |

Robert Allen Gibson,
    Defendant(s).
                             /

## ORDER VACATING ORDER GRANTING ORE TENUS MOTION FOR JOINT ADMINISTRATION AND CONSOLIDATING ADVERSARY PROCEEDINGS FOR DISCOVERY AND TRIAL

THIS MATTER came before the Court *sua sponte*.

On December 5, 2023 (the "December 5 Hearing"), the Court conducted a status conference in the above-referenced matter. At the December 5 Hearing, prior counsel[1] for Robert Allen Gibson ("Gibson") made an *ore tenus* motion to consolidate for discovery and trial three separate adversary proceedings involving Gibson. The three adversary proceedings (the "Gibson Proceedings") are:

    23-01239    Landers v. Gibson
    23-01240    Karam v. Gibson
    23-01241    Dwyer v. Gibson

The Court erroneously entered an order in each of the Gibson Proceedings stating that the Gibson Proceedings would be "jointly administered" instead of "consolidated" for discovery and trial.[2]

The relevant orders are:

    23-01239    Landers v. Gibson    ECF No. 5 (the "Landers Order")
    23-01240    Karam v. Gibson     ECF No. 4 (the "Karam Order")
    23-01241    Dwyer v. Gibson     ECF No. 4 (the "Dwyer Order")

---

[1] The Court authorized prior counsel's withdrawal.

[2] The usage of the term "jointly administered" in those orders was improper because, in this district, the term "joint administration" is used to describe linked main bankruptcy cases.

2

The Court issues this Order to correct the administrative error arising from usage of the term "joint administration" in the Landers Order, the Karam Order, and the Dwyer Order. The Gibson Proceedings will remain consolidated for discovery and trial, as was originally contemplated by the Court's ruling at the December 5 Hearing.

The Court, having reviewed the record of each of the Gibson Proceedings, **ORDERS** that:

1. The Landers Order, the Karam Order, and the Dwyer Order are each VACATED.

2. The Gibson Proceedings remain procedurally consolidated for discovery and trial only. Consolidation does not provide any party with any greater rights than if the Gibson Proceedings were not consolidated.

3. Adversary Proceeding No. 23-01239 (Landers v. Karam) remains designated as the "Lead Adversary Proceeding" solely because this adversary proceeding has the lowest numerical designation. There is no other significance to the selection of this proceeding as the Lead Adversary Proceeding.

4. For each filing in any of the consolidated Gibson Proceedings, the parties are DIRECTED to indicate in the caption that the Gibson Proceedings are "PROCEDURALLY CONSOLIDATED" pursuant to this Order.

5. Discovery notices, requests, responses and motions related to discovery must be filed in the Lead Adversary Proceeding. Discovery must be coordinated between the parties so that depositions, requests for production of documents and other discovery are not unnecessarily duplicated.

3

6. All general motions, joint pretrial stipulations, and notices regarding any relevant pretrial order and compliance with pretrial requirements must be filed in the Lead Adversary Proceeding, subject to the exceptions provided in this Order.

7. All pleadings, motions directed at the pleadings (i.e. motions to dismiss, motions for judgment on the pleadings, or motions for summary judgment), and court papers relating to such motions must be filed in each individual Gibson Proceeding and may not be submitted on a consolidated basis.

8. The pretrial conferences for all Gibson Proceedings, including all deadlines, must be set for the same date and time. The trial for all Gibson Proceedings will occur on the same date and time.

9. The Clerk is DIRECTED to enter a copy of this Order on the docket for each of the Gibson Proceedings.

###

Copy furnished to:

All interested parties by the Clerk

4