United States Bankruptcy Court

Southern District of Florida

Landers,

    Plaintiff

Adv. Proc. No. 23-01239-MAM

Gibson,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 13 2024 22:36:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 13 2024 22:36:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 13 2024 22:36:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2024 22:36:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 13 2024 22:36:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf004 | Total Noticed: 13 |

| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | |
|---|---|---|---|
| | | Aug 13 2024 22:36:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey M Siskind | |
| | on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com intelexigent@outlook.com |

TOTAL: 1



**ORDERED in the Southern District of Florida on August 13, 2024.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                              Case No.: 23-16430-BKC-MAM

Robert Allen Gibson,
    Debtor(s).                               Chapter 13

                          /

Kelly Landers,                                      Adv. Proc. No.: 23-01239-MAM
    Plaintiff(s),
v.

Robert Allen Gibson,
    Defendant(s).

                          /

Joseph Karam,                                       Adv. Proc. No.: 23-01240-MAM
    Plaintiff(s),
v.

Robert Allen Gibson,
    Defendant(s).

                          /

Dick Dwyer,                                         Adv. Proc. No.: 23-01241-MAM
    Plaintiff(s),
v.

Robert Allen Gibson,

Defendant(s).

_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND PERMITTING REFILING

THIS MATTER came before the Court on the *Motion for Summary Judgment in Favor of Landers and Karam* (ECF No. 42 in Adv. Proc. No. 23-01239) filed on behalf of Kelly Landers and Joseph Karam ("Movants").

On December 5, 2023 (the "December 5 Hearing"), the Court conducted a status conference in the above-referenced matter. At the December 5 Hearing, prior counsel[1] for Robert Allen Gibson ("Gibson") made an *ore tenus* motion to consolidate for discovery and trial three separate adversary proceedings involving Gibson. The three adversary proceedings (collectively, the "Gibson Proceedings") are:

| 23-01239 | Landers v. Gibson | Landers Proceeding |
| 23-01240 | Karam v. Gibson | Karam Proceeding |
| 23-01241 | Dwyer v. Gibson | Dwyer Proceeding |

The Court erroneously entered an order in each of the Gibson Proceedings stating that the Gibson Proceedings would be "jointly administered" instead of "consolidated" for discovery and trial.[2]

The relevant orders are:

| 23-01239 | Landers v. Gibson | ECF No. 5 (the "Landers Order") |
| 23-01240 | Karam v. Gibson | ECF No. 4 (the "Karam Order") |
| 23-01241 | Dwyer v. Gibson | ECF No. 4 (the "Dwyer Order") |

---

[1] The Court authorized prior counsel's withdrawal.

[2] The usage of the term "jointly administered" in those orders was improper because, in this district, the term "joint administration" is used to describe linked main bankruptcy cases.

The Court issued an Order (ECF No. 43 in the Landers Proceeding) (the "Consolidation Order") correcting the administrative error arising from usage of the term "joint administration" in the Landers Order, the Karam Order, and the Dwyer Order. The Consolidation Order provides that Gibson Proceedings will remain consolidated for discovery and trial, as was originally contemplated by the Court's ruling at the December 5 Hearing. It also provides that dispositive motions, including motions for summary judgment, must be filed in the respective adversary proceeding for each of the plaintiffs to the Gibson Proceedings. *See* Consolidation Order at ¶ 7.

Based upon entry of the Consolidation Order, the Court **ORDERS** that the Motion is denied without prejudice as non-compliant with the Consolidation Order. Counsel for Landers and Karam may refile a motion for summary judgment (with all necessary corrections) in the Landers Proceeding and Karam Proceeding.

###

Copy furnished to:

Jeffrey Siskind, counsel for Movants

*Attorney Siskind is directed to serve a copy of this Order upon all interested parties and file a certificate of service.*